**RICCI TYRRELL JOHNSON & GREY, PLLC**
By: James W. Johnson (ID No. 23319)
1515 Market Street, Suite 700
Philadelphia, PA 19102
(215) 320-3260
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEPENDABLE DISTRIBUTION SERVICES INC.: : : Plaintiff : v. : : M/V NIKOL H, and all her tackle, : engines, appurtenances, equipment and : furniture, whether aboard or ashore : *In Rem*, : : Defendant : | Civil Action: 2:14-cv-02959 (LFR) |

### STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Dependable Distribution Services, Inc. hereby dismiss its Complaint in this Action with prejudice.

Respectfully submitted,

RICCI TYRRELL JOHNSON & GREY

By: _____
James W. Johnson, Esquire
Attorneys for Plaintiff,
Dependable Distribution Services, Inc.

Date: 10/8/14

Approved:
L/FRestrepo
L. Felipe Restrepo, J.
10/8/14

{1606.00001:00128519}