UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Dependable Distribution Services, Inc. | : | CIVIL ACTION NO. |
| and | : | |
| | : | 2:14-cv-02959-LFR |
| Excel Hydraulics Service and Repair | : | |
| and | : | |
| G.M. Richards Enterprises, Inc. | : | |
| and | : | |
| AVA Group, Inc. | : | |
| and | : | **CONSENT DECREE** |
| Brady Marine Repair Co., Inc. | : | |
| and | : | |
| Orient Shipping Rotterdam B.V. | : | |
| *Plaintiffs*, | : | |
| v. | : | |
| M/V NIKOL H, and all her tackle, engines, appurtenances, equipment and furniture, whether aboard or ashore, *In Rem*, Derna Carriers, S.A., Diamond Seaways, Corp., Bremer Landesbank Kreditanstalt Oldenburg Girozentrale, | : | |
| *Defendants*, | : | |
| Yuadi Shipping, Ltd., | : | |
| *Defendant and Garnishee*, | : | |
| United States of America, | : | |
| *Garnishee*. | : | |

## CONSENT DECREE

WHEREAS, Orient Shipping Rotterdam B.V. ("Orient"), Bremer Landesbank Kreditanstalt Oldenburg Girozentrale ("the Bank"), Derna Carriers, S.A. ("Derna"), Diamond Seaways Corp. ("Diamond") and Yuadi Shipping, Ltd. ("Yuadi"), have agreed to the dismissal of Orient's claims against each as set out in Orient's Complaint and Amended Complaint under the terms set out below, and, the Court having approved these terms:

IT IS HEREBY ORDERED:

1. Orient shall release the Nikol H from its arrest and attachment, upon the signing of this Consent Decree;

2. All of Orient's claims against Yuadi Shipping, Ltd. and the *In Rem* claims against the Nikol H are dismissed with prejudice;

3. All of Orient's claims against Derna Carriers, S.A. relating to the Nikol H and Yuadi Shipping, Ltd. are likewise dismissed with prejudice;

4. All of Orient's claims against the Bank and the attachment of the Bank's interest in the Nikol H are dismissed with prejudice;

5. All of Orient's claims against Derna Carriers, S.A., relating to the M/V Isis and her owner, Diamond Seaways Corp., are dismissed without prejudice;

6. Orient's claims against Diamond Seaways Corp. are dismissed without prejudice;

7. Items 5-6 are without prejudice to the claims pending in the Supreme Court of the Commonwealth of the Bahamas which have resulted in an admiralty *In Rem* action against the owners and parties interested in the motor vessel Isis.

Dated: October 22, 2014

APPROVED:

_____
Hon. L. Felipe Restrepo